UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-00992-CMA-MJW

KANDIS JATKO,

Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, a Connecticut Foreign Corporation, and
WASHINGTON GROUP INTERNATIONAL, INC. SHORT TERM DISABILITY PLAN, an
ERISA welfare benefit plan,

Defendants.

---

## ORDER RE: UNOPPOSED MOTION TO VACATE FINAL PRETRIAL CONFERENCE IN THIS FULLY-BRIEFED ERISA-GOVERNED ACTION
( Docket No. 31 )

---

The Court, having reviewed Plaintiff's Unopposed Motion to Vacate Final Pretrial Conference in this Fully-briefed Erisa-governed Action, and being fully advised of the premises, hereby orders that Plaintiff's motion is GRANTED. The Final Pretrial Conference currently set for Monday, November 16, 2009 at 9:00 a.m. is hereby VACATED. (*)

DATED this 13TH day of November, 2009.

(*) The parties may file a motion to reset pretrial conference, if necessary, following ruling by Judge Arguello on the cross motions for summary judgment (Docket No. 22 and 25)

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO